1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1683-WQH |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| WYATT VALENCIA-PACHECO (1), JONATHAN EMMANUEL MONTELLANO-MORA (2), LUIS ARMANDO DORANTES RIVERA, JR. (3), | |
| Defendants. | |

Upon joint motion of the parties and good cause appearing,

IT IS ORDERED that the Joint Motion to Continue is granted (ECF No. 261), and the sentencing hearings for Wyatt Valencia-Pacheco, Jonathan Emmanuel Montellano-Mora, and Luis Armando Dorantes Rivera, Jr. are continued from February 26, 2025, to **May 14, 2025, at 9:00 am**.

Dated: February 4, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court